UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.: 12-23637-BKC-RAM
                                                    PROCEEDING UNDER CHAPTER 13
GERARD GUSTINVIL

DEBTOR                                    /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$1,568.81** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _____3-24-17_____                      _____
                                             NANCY K. NEIDICH, ESQUIRE
                                             STANDING CHAPTER 13 TRUSTEE
                                             P.O. BOX 279806
                                             MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

GERARD GUSTINVIL                             GERARD GUSTINVIL
15900 SW 99 CT                               15900 SW 99 CT
MIAMI, FL 33157                              MIAMI, FL 33157


RUSSELL GEIGER, ESQUIRE
1172 SOUTH DIXIE HIGHWAY
SUITE 214
CORAL GABLES, FL 33146


U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS<br>CASE NO.: 12-23637-BKC-RAM

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK**

<u>**ATTACHMENT - LISTING OF CLAIMANT**</u>

**CASE NO.: 12-23637-BKC-RAM**

| | |
|---|---:|
| GERARD GUSTINVIL<br>15900 SW 99 CT<br>MIAMI, FL  33157 | $1,568.81 |